UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | | CASE NO: 09-31092 |
|---|---|---|
| Danny C Dye | | (Chapter 13) |
| Edna Darlene Dye | | |
| | Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4034554**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 12 | EMBARQ<br>% DEBT RECOVERY SOLUTIONS<br>BOX 9001<br>WESTBURY, NY  11590 | 0.26 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/9/2010

Certificate of Service 09-31092

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| Danny C Dye<br>Edna Darlene Dye<br>439 Morrow Road, Lot #121<br>South Lebanon, OH  45065 | CHRISTINE B HILL<br>FIELD & HILL LTD<br>632 VINE ST SUITE 1010<br>CINCINNATI, OH  45202 | (12.4)<br>EMBARQ<br>% DEBT RECOVERY<br>BOX 9001<br>WESTBURY, NY  11590 |
| (12.1)<br>EMBARQ<br>% DEBT RECOVERY SOLUTIONS<br>BOX 9001<br>WESTBURY, NY  11590 | (27.1n)<br>GE MONEY BANK<br>% RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE   SUITE 1120<br>MIAMI, FL  33131 | (1.1n)<br>HSBC AUTO FINANCE<br>BOX 829009<br>DALLAS, TX  75382 |

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv